HAMLET AT WILLOW CREEK DEVELOPMENT CO., LLC, et al.,
  Respondents, v NORTHEAST LAND DEVELOPMENT CORPORA-
  TION et al., Respondents, and PAV-Co ASPHALT, INC., et al.,
  Appellants, et al., Defendant.

HAMLET AT WILLOW CREEK DEVELOPMENT CO., LLC, et al.,
  Respondents, v NORTHEAST LAND DEVELOPMENT CORPORA-
  TION et al., Respondents, and FIDELITY AND DEPOSIT COM-
  PANY OF MARYLAND, Appellant, et al., Defendant.

Submitted November 2, 2009; decided December 17, 2009

Reported below, 64 AD3d 85.

Motions for leave to appeal dismissed upon the ground that
the order sought to be appealed from does not finally determine
the action within the meaning of the Constitution.

HAMLET AT WILLOW CREEK DEVELOPMENT CO., LLC, et al.,
  Respondents, v NORTHEAST LAND DEVELOPMENT CORPORA-
  TION et al., Respondents, and PAV-Co ASPHALT, INC., et al.,
  Appellants, et al., Defendant.

HAMLET AT WILLOW CREEK DEVELOPMENT CO., LLC, et al.,
  Respondents, v NORTHEAST LAND DEVELOPMENT CORPORA-
  TION et al., Respondents, and FIDELITY AND DEPOSIT COM-
  PANY OF MARYLAND, Appellant, et al., Defendant.

Submitted November 9, 2009; decided December 17, 2009

Reported below, 64 AD3d 85.

Motion by Surety & Fidelity Association of America, insofar
as it seeks leave to file a brief amicus curiae on the motion for
leave to appeal herein by Fidelity and Deposit Company of Mary-
land, granted and the brief is accepted as filed; motion, insofar
as it seeks leave to file a brief amicus curiae on the appeal
herein, dismissed as academic.

In the Matter of WILLIAM HARRISON, Appellant, v NEW YORK
  STATE DIVISION OF HOUSING AND COMMUNITY RENEWAL, Re-
  spondent.

Submitted November 9, 2009; decided December 17, 2009

Reported below, 2009 NY Slip Op 84312(U); 2009 NY Slip Op 78310(U); 2009 NY Slip
Op 74196(U).